NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WONDERLAND NURSERYGOODS CO., LTD.,**
*Plaintiff-Appellant*

**v.**

**THORLEY INDUSTRIES LLC, DBA 4MOMS,**
*Defendant-Appellee*

---

2015-1878

---

Appeal from the United States District Court for the Western District of Pennsylvania in No. 2:12-cv-00196-NBF, Judge Nora Barry Fischer.

---

**JUDGMENT**

---

DANIEL TALLITSCH, Baker & McKenzie LLP, Chicago, IL, argued for plaintiff-appellant. Also represented by DAVID I. ROCHE.

DANIEL H. BREAN, The Webb Law Firm, Pittsburgh, PA, argued for defendant-appellee. Also represented by KENT E. BALDAUF, JR., BRYAN P. CLARK.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (WALLACH, MAYER, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| April 8, 2016 | /s/ Daniel E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
|  | Clerk of Court |